[No. 11283-7-III.   Division Three.   March 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
AMADOR, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 90-1-01272-2, Robert N. Hackett, Jr.,
J., entered December 14, 1990. *Affirmed* by unpublished
opinion per Sweeney, J., concurred in by Shields, C.J., and
Munson, J.

[No. 10470-2-III.   Division Three.   March 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. NEAL
HAZZARD, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 89-1-00215-1, Jerry M. Moberg, J., entered
December 15, 1989. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 13747-0-II.   Division Two.   March 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA
BACCETTI, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 90-1-00021-2, James I. Maddock, J., entered
March 14, 1990. *Affirmed* by unpublished opinion per
Petrich, C.J., concurred in by Alexander and Morgan, JJ.

[No. 27669-7-I.   Division One.   March 23, 1992.]

BIRCH BAY TRAILER SALES, INC., ET AL, *Appellants*, v.
WHATCOM COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-2-01108-5, David A. Nichols, J.,
entered December 21, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Webster, JJ. Now published at 65 Wn. App. 739.